UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MCADAMS and JO ANN MCADAMS,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAEDONG INDUSTRIAL CO. LTD. d/b/a Kioti Tractor Division,<br><br>        Defendant. | Case No. 18-cv-2194-JPG-RJD |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by defendant Daedong Industrial Company Ltd. ("Daedong Industrial") (Doc. 9). Daedong Industrial argues that it is not subject to the Court's personal jurisdiction. Plaintiffs James McAdams and Jo Ann McAdams have responded to the motion (Doc. 21).

Following a preliminary review of the motion briefing, the Court finds that the evidence suggests that Daedong Industrial distributed non-negligible numbers of its Kioti tractors in Illinois through its wholly owned United States subsidiary, Daedong-USA, and continued to service those tractors after sales. This is sufficient to establish a colorable claim of personal jurisdiction, but the factual record on the issue is unclear. Therefore, it is necessary to allow limited discovery on the issue of personal jurisdiction. *See Central States, Se. & Sw. Areas Pension Fund v. Reimer Express World Corp.*, 230 F.3d 934, 946 (7th Cir. 2000) ("At a minimum, the plaintiff must establish a colorable or prima facie showing of personal jurisdiction before discovery should be permitted.").

Accordingly, the Court **ORDERS** the parties to submit a proposed revised schedule to

Magistrate Judge Daly that includes an appropriate discovery schedule for this limited jurisdictional discovery, as well as amended discovery deadlines in accordance with the new June 22, 2020, trial date.   The parties shall submit their proposed revised schedule to Magistrate Judge Daly's chambers at RJDpd@ilsd.uscourts.gov by **May 27, 2019**.   The plaintiffs shall have 30 days from the conclusion of this limited jurisdictional discovery to file a supplemental response to Daedong Industrial's motion, and Daedong Industrial shall have 14 days from the plaintiffs' supplemental response to file a reply brief.   The Court **RESERVES RULING** on the motion to dismiss (Doc. 9) pending receipt of further briefing.

**IT IS SO ORDERED.**
**DATED:   May 17, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**