IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES and JO ANN MCADAMS, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 18-cv-2194-JPG-RJD |
| | ) |
| DAEDONG INDUSTRIAL CO. LTD., | ) |
| | ) |
|     Defendant. | ) |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiffs JAMES and JO ANN MCADAMS and Defendant DAEDONG INDUSTRIAL CO. LTD., by and through their respective counsel, and pursuant to Federal Rules of Civil Procedure Rule 41(a), stipulate that the above action be and is voluntarily dismissed without prejudice. In further support of said stipulation of voluntary dismissal without prejudice, the parties state:

1. On August 17, 2018, Plaintiffs JAMES and JO ANN MCADAMS filed a state court Complaint against Defendant DAEDONG INDUSTRIAL CO. LTD. in Jersey County, Illinois.

2. On or about December 19, 2018, Defendant DAEDONG INDUSTRIAL CO. LTD. removed this matter to the Southern District of Illinois.

3. The parties have agreed to voluntarily dismiss this matter.

4. As Plaintiffs have not previously dismissed any federal or state court action against Defendant DAEDONG INDUSTRIAL CO. LTD., based on or including the same claim, this stipulation does not operate as an adjudication on the merits.

5. Entry of this stipulation of voluntary dismissal will not operate to prejudice any party

to this action.


Dated: November 15, 2019.


| | |
|---|---|
| /s/ Erin M. Phillips | /s/ Scott D. Stephenson (w/consent) |
| Erin M. Phillips, #6289723 | Scott D. Stephenson, #6194764 |
| Unsell, Schattnik & Phillips, P.C. | Litchfield Cavo, LLP |
| 3 South 6th Street | 303 W. Madison, Suite 300 |
| Wood River, IL 62095 | Chicago, IL 60606 |
| (618)258-1800 | (312)781-6670 |
| erin.phillips7@gmail.com | stephenson@litchfieldcavo.com |
| Attorney for Plaintiffs | Attorney for Defendant |


**Certificate of Service**

I hereby certify that on November 15, 2019 I electronically filed this **Joint Stipulation for Voluntary Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Scott D. Stephenson        stephenson@litchfieldcavo.com

    Brian C. Hoppe            hoppe@litchfieldcavo.com

        /s/ Erin M. Phillips
          Erin M. Phillips