# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MCADAMS and <br> JOANN MCADAMS, <br><br> Plaintiffs, <br><br> v. <br><br> DAEDONG INDUSTRIAL CO., Ltd., <br> *d/b/a* Kioti Tractor Division, <br><br> Defendant. | No.   18-cv-2194 JPG/RJD |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 53). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: November 19, 2019

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE